UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

APPEAL NO. 25-14480
_____

UNITED STATES OF AMERICA,

Appellee,

v.

ROBERT MCDOUGAL,

Appellant.

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

_____

MOTION FOR EXTENSION OF TIME FOR
APPELLANT TO FILE INITIAL BRIEF

_____

CHARLES L. PRITCHARD, JR.
FEDERAL DEFENDER

MEGHAN ANN COLLINS
Research & Writing Attorney
Appellate Division
Florida Bar Number 0492868
201 S. Orange Ave., Ste. 300
Orlando, Florida  32801
Telephone: (407) 648-6338
E-Mail: Meghan_Boyle@fd.org
Counsel for Appellant

**Appeal No. 25-14480**

*UNITED STATES OF AMERICA V. ROBERT MCDOUGAL*

**CERTIFICATE OF INTERESTED PERSONS**

The persons listed below are interested in the outcome of this case:

Adams, Natalie Hirt

Brunvand, Bjorn Erik

Collins, Meghan Ann

Cordova, Ron

Farinella, Danya Mara

Flynn, Sean P.

Hall, A. Fitzgerald

Handberg, Roger B.

Hernandez Covington, Virginia M.

Kehoe, Gregory W.

Marcet, Daniel J.

McDougal, Robert Bouton

**Appeal No. 25-14480**

*UNITED STATES OF AMERICA V. ROBERT MCDOUGAL*

*CERTIFICATE OF INTERESTED PERSONS – CONT'D*

Pritchard, Jr., Charles L.

Rhodes, David P.

Sweeney, Sara C.

Valdes, Karyna

Wheeler, III, Joseph

No publicly traded company or corporation has an interest in the outcome of this appeal.

C2 of 2

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA,

      *Appellee*,

    v.                                        **Case No. 25-14480**

**Robert McDougal,**

      *Appellant.*

_____/

MOTION FOR 60-DAY EXTENSION OF
TIME TO FILE INITIAL BRIEF

Appellant Robert McDougal, by and through undersigned counsel, and pursuant to 11th Cir. R. 31-2, respectfully requests that this Honorable Court grant a 60-day extension of time file the Initial Brief and Appendix. In support of this motion, Mr. McDougal states:

1. Mr. McDougal was previously convicted of one count of stalking and three counts of threat to injure. Doc. 98.[1]  He was sentenced to 72 months' imprisonment to be followed by a 3-year term of supervised release. *Id.*

---

[1] Citations to Mr. McDougal's underlying proceedings in the United States District Court for the Middle District of Florida, Tampa Division (Case No. 8:24-cr-00312-VMC-SPF) are referred to as "Doc." Citations to the appellate court docket are referred to as "App. Doc."

1

2. Mr. McDougal a timely notice of appeal on December 23, 2025. Doc. 100.

3. Mr. McDougal's initial brief is due on April 30, 2025. One telephonic extension of time to file the brief has been granted. App. Doc. 25.

4. Since requesting the previous extension, undersigned counsel has filed an initial brief in *United States v. Garcia-Galban*, case no. 25-13579 and has been working on a habeas corpus petition in *Johnson v. Secretary,* Florida Department of Corrections, et. al., 3:12-cv-1091. Additionally, undersigned counsel is also one of four attorneys assigned to handle the Amendment 821 cases. Therefore, undersigned counsel respectfully requests additional time to complete the initial brief.

5. Undersigned counsel has contacted opposing counsel and is authorized to stated that the government does not oppose this motion.

6. Mr. McDougal is currently incarcerated and will not be prejudiced by the delay.

7. This motion is filed in good faith and not for purposes of delay.

Accordingly, Appellant McDougal, respectfully requests that this Honorable Court grant a 60-day extension of time, up to and including June 29, 2026, to file the Initial Brief in this case.

Charles L. Pritchard, Jr.
Federal Defender

*/s/ Meghan Ann Collins*
Meghan Ann Collins
Research and Writing Attorney
Florida Bar Number 0492868
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801
Telephone: (407) 648-6338
E-mail: Meghan_Boyle@fd.org

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

In accordance with Fed. R. App. P. 32(g)(1), I hereby certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 316 words according to Microsoft Word's word count, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

*/s/ Meghan Ann Collins*
Meghan Ann Collins, Esq.
Research and Writing Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2026 a true copy of the foregoing was filed using the Court's Electronic Case Filing system, which will send notification to the United States Attorney's Office.

*/s/ Meghan Ann Collins*
Meghan Ann Collins
Research and Writing Attorney

4